

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2022

No. 04-21-00547-CV

**STATE** of Texas,
Appellant

v.

William **MCMANUS**, in his official capacity as the Chief of San Antonio Police Department,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-00942
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

On May 13, 2022, the parties filed a joint motion to abate this appeal while they formalize a settlement. The motion is GRANTED. We ORDER the parties to file an advisory informing the court of the status of this case on or before **August 15, 2022**.

All other appellate deadlines are ABATED pending further order of this court.

It is so **ORDERED** on July 15, 2022.

**PER CURIAM**

ATTESTED TO: _Michael A. Cruz_
MICHAEL A. CRUZ,
CLERK OF COURT